```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**09 CR 10056 MLW**

UNITED STATES OF AMERICA         ) CRIMINAL NO.
                                 )
                                 ) VIOLATIONS:
         v.                      ) 18 U.S.C. § 641
                                 ) (Theft of Public Money)
WILLIAM A. BROOKS, III           ) 18 U.S.C. § 1001
                                 ) (False Statements)
                                 )

## INDICTMENT

COUNT ONE:   (18 U.S.C. § 641 - Theft of Public Money)

The Grand Jury charges that:

From in or about July 2003, and continuing through in or about March 2008, at Quincy and elsewhere, in the District of Massachusetts,

**WILLIAM A. BROOKS, III,**

defendant herein, did embezzle, steal, purloin, and knowingly convert to his own use, and to the use of another, money of the Social Security Administration, a department or agency of the United States, namely, Title II Social Security Disability Insurance payments to which he knew he was not entitled, such payments having a value exceeding $1,000.

All in violation of Title 18, United States Code, Section 641.

COUNT TWO:   (18 U.S.C. § 1001 - False Statements)

The Grand Jury further charges that:

On or about October 13, 2004, at Quincy and elsewhere, in the District of Massachusetts,

**WILLIAM A. BROOKS, III,**

defendant herein, in a matter within the jurisdiction of the United States Social Security Administration, did knowingly and willfully falsify and conceal material facts, and make materially false, fictitious and fraudulent statements, all in a Statement for Determining Continuing Eligibility for Title II Social Security Disability Insurance Payments.

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

*Laura McFarland*
FOREPERSON OF THE GRAND JURY

CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 4, 2009.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

6:31 p.